**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-03308-MSK

ROBERT A. ALARID,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the OPINION AND ORDER of Chief Judge Marcia S. Krieger entered on December 4, 2013 it is

    ORDERED that this matter was decided by Chief Judge Marcia S. Krieger on Plaintiff's ROBERT A. ALARID's Social Security Appeal.  The Court has ordered that the decision of the administrative Law Judge is affirmed. It is

    FURTHER ORDERED that any request for attorney fees shall be made within 14 days, and that Defendant Commissioner is AWARDED her costs, to be taxed by the Clerk of the Court pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 5th day of December, 2013.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Edward P. Butler
    Edward P. Butler, Deputy Clerk